**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7388**

———————

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

    v.

WILLIS MARK HAYNES,

             Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Peter J. Messitte, Senior District Judge.  (8:98-cr-00520-PJM-1)

———————

Submitted:  November 19, 2015        Decided:  November 24, 2015

———————

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Willis Mark Haynes, Appellant Pro Se.  James Andrew Crowell, IV, Deborah A. Johnston, Sujit Raman, Assistant United States Attorneys, Greenbelt, Maryland; Sandra Wilkinson, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willis Mark Haynes appeals the district court's text order denying his postjudgment motion to dismiss the indictment. We have reviewed the record and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED